

**UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION**

IN RE: COVIDIEN HERNIA MESH PRODUCTS
LIABILITY LITIGATION (NO. II)                                    MDL No. 3029

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −5)**

On June 6, 2022, the Panel transferred 6 civil action(s) to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2022). Since that time, 3 additional action(s) have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Patti B. Saris.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Saris.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of June 6, 2022, and, with the consent of that court, assigned to the Honorable Patti B. Saris.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

Sep 23, 2022

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: COVIDIEN HERNIA MESH PRODUCTS
LIABILITY LITIGATION (NO. II)                                          MDL No. 3029

### SCHEDULE CTO−5 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| CALIFORNIA CENTRAL | | | |
| CAC | 5 | 22−00878 | R. Todd Logue v. Covidien, Inc. et al |
| CALIFORNIA NORTHERN | | | |
| CAN | 5 | 22−03076 | Hlebo, Jr. v. Covidien LP et al |